FILED16 APR '25 14:16USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-_00158-SI_ |
| v. | INDICTMENT |
| ISMAEL BUENO QUINONES, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846 |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, Methamphetamine, Heroin, and Cocaine)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846)

Beginning on or about December 2024, the exact date being known, and continuing until on or about April 1, 2025, within the District of Oregon, defendant **ISMAEL BUENO QUINONES** did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown, to distribute and possess with intent to distribute controlled substances, to-wit:

A.   400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(vi);

B.  500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii);

C.  100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(i); and,

D.  Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
### (Possession with Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(A))

On or about April 1, 2025, within the District of Oregon, defendant **ISMAEL BUENO QUINONES** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT 3
### (Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(A))

On or about April 1, 2025, within the District of Oregon, defendant **ISMAEL BUENO QUINONES** did knowingly and intentionally possess with intent to distribute 500 grams or

///

///

more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 4
### (Possession with Intent to Distribute Heroin)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(B))

On or about April 1, 2025, within the District of Oregon, defendant **ISMAEL BUENO QUINONES** did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(i).

## COUNT 5
### (Possession with Intent to Distribute Cocaine)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about April 1, 2025, within the District of Oregon, defendant **ISMAEL BUENO QUINONES** did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

///

///

///

## FORFEITURE ALLEGATION
### (Controlled Substance Offense)

Upon conviction of an offense in Counts 1 through 5, defendant **ISMAEL BUENO QUINONES** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: April 15, 2025.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

SCOTT M. KERIN, OSB #965128
Assistant United States Attorney